## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT District of Florida

Case Number: 1:20-CV-20305-MGC

Plaintiff:
**WINDY LUCIUS**

vs.

Defendant:
**SAKS FIFTH AVENUE LLC**

For:
JUAN COURTNEY CUNNINGHAM, ESQ.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74TH COURT
STE. 2201
MIAMI, FL 33156

Received by NOLAN PROCESS SERVERS, LLC on the 24th day of January, 2020 at 1:25 pm to be served on **SAKS FIFTH AVENUE LLC C/O REGISTERED AGENT CORPORATION SERVICE COMPANY, 1201 HAYS STREET, TALLAHASSEE, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **27th day of January, 2020** at **10:30 am**, I:

**CORPORATE / LLC:** served by delivering a true copy of the **SUMMONS IN A CIVIL ACTION; COMPLAINT FOR INJUNCTIVE RELIEF; CIVIL COVER SHEET** with the date and hour of service endorsed thereon by me, to: **KANEISHA GROSS** as **AUTHORIZED REPRESENTATIVE** for the Registered Agent of SAKS FIFTH AVENUE LLC C/O REGISTERED AGENT CORPORATION SERVICE COMPANY at the address of: **1201 HAYS STREET, TALLAHASSEE, FL 32301**, and informed said person of the contents therein, in compliance with state statutes.

**Description** of Person Served: Age: 25+, Sex: F, Race/Skin Color: BLACK, Height: 5'6", Weight: 200, Hair: BLACK, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served. Under penalty of perjury I declare that the facts contained herein are true to the best of my knowledge. NO NOTARY REQUIRED PURSUANT TO F.S. 92.525 (2).

MICHAEL C. NOLAN
Certified Process Server, #111

**NOLAN PROCESS SERVERS, LLC**
7498 Anglewood Lane
Tallahassee, FL 32309
(850) 562-6058

Our Job Serial Number: MCN-2020000957

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
для the
Southern District of Florida

1/27/20 ~~ 6:30

MCN. No. 111
is a certified process server in the
Circuit and County Courts
in and for the Second Judicial Circuit

| | |
|---|---|
| WINDY LUCIUS | )<br>)<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 1:20-cv-20305-MGC |
| SAKS FIFTH AVENUE LLC | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  SAKS FIFTH AVENUE LLC
c/o Registered Agent CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Courtney Cunningham, Esq.
J. COURTNEY CUNNINGHAM, PLLC
8950 SW 74th Court, Suite 2201
Miami, FL 33156
T: 305-351-2014
cc@cunninghampllc.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/24/2020

Angela E. Noble
Clerk of Court

**SUMMONS**

s/ Janier A.

Deputy Clerk
U.S. District Courts