UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 1:20-cv-20305-MGC

WINDY LUCIUS,

    Plaintiff,

v.

SAKS FIFTH AVENUE LLC,

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Defendant Saks Fifth Avenue LLC ("Defendant"), by and through its undersigned counsel, hereby gives the Court notice that Plaintiff, Windy Lucius, and Defendant have reached a resolution in this matter. The parties are finalizing the settlement documents and will file a Joint Stipulation of Dismissal in the near future.

Dated: February 13, 2020.

*/s/ Beth S. Joseph*
Anne Marie Estevez
 Florida Bar No. 991694
Beth S. Joseph
 Florida Bar No. 00062952
annemarie.estevez@morganlewis.com
beth.joseph@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3330
Facsimile: 877.432.9652

*Counsel for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 13, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*s/ Beth S. Joseph*
Beth S. Joseph

## SERVICE LIST

J. Courtney Cunningham, Esq.
J. Courtney Cunningham, PLLC
8950 SW 74th Court
Suite 2201
Miami, Florida  33156
Telephone:  305.351.2014
Email:          cc@cunninghampllc.com

*Counsel for Plaintiff*