# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:20-cv-20305-MGC

**WINDY LUCIUS,**

**Plaintiff,**

**v.**

**SAKS FIFTH AVENUE LLC,**

**Defendant.**

_____/

## JOINT STIPULATION OF DISMISSAL

Plaintiff, Windy Lucius ("Plaintiff") and Defendant, Saks Fifth Avenue LLC ("Defendant") (Plaintiff and Defendant are collectively, the "Parties"), by and through their respective undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to a dismissal of all of Plaintiff's claims in the action *with* prejudice. The Parties shall bear their own attorneys' fees, costs, and expenses. A copy of the Order of Dismissal with Prejudice is attached hereto as Exhibit "A". All Parties consent to the form and content of this Stipulation and Order.

Dated: May 15, 2020

<u>/s/ J. Courtney Cunningham</u>
J. Courtney Cunningham, Esq.
J. Courtney Cunningham, PLLC
8950 SW 74th Court
Suite 2201
Miami, Florida 33156
Telephone: 305.351.2014
Email:       cc@cunninghampllc.com

*Counsel for Plaintiff*

<u>/s/ Beth S. Joseph</u>
Anne Marie Estevez
 Florida Bar No. 991694
Beth S. Joseph
 Florida Bar No. 00062952
annemarie.estevez@morganlewis.com
beth.joseph@morganlewis.com
Morgan, Lewis & Bockius LLP
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131-2339
Telephone: 305.415.3330/Fax: 877.432.9652

*Counsel for Defendant*